UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 0:25-cv-61395

**VICENTE MENDEZ HUETE**,

    Plaintiff,

v.

**UNITED STATES OF AMERICA**,

    Defendant.

_____/

## COMPLAINT

**COMES NOW** the Plaintiff, **VICENTE MENDEZ HUETE**, by and through the undersigned counsel, and sues Defendant, **UNITED STATES OF AMERICA**, and in support thereof, would allege as follows:

1. This action is brought pursuant to the Federal Tort Claims Act under 28 U.S.C. §§2671-2680.

2. Defendant, **UNITED STATES OF AMERICA**, is the proper party to this action under the FTCA, *supra*, for the negligent acts and omissions of its agencies and their employees. 28 U.S.C §§ 1346(b)(1).

3. Plaintiff has complied with all conditions precedent to filing this lawsuit against Defendant, **UNITED STATES OF AMERICA**. More specifically:

    a. On or about December 26, 2023, Plaintiff, **VICENTE MENDEZ HUETE**, complied with the provisions of the Federal Tort Claims Act by submitting an Administrative Claim for the claims set below to the **UNITED STATES OF AMERICA** via certified, US Mail to: **UNITED STATES OF AMERICA** c/o

       Office of the Solicitor Department of the Interior, Room 6511, 1849 C Street NW Washington DC, 20240.  Receipt of each was confirmed via certified return receipt on January 9, 2023 (return receipt #70200640000016320760).

   b.   This claim was denied by the Office of The Solicitor on March 6, 2025, and this lawsuit is brought to Defendant, **UNITED STATES OF AMERICA** pursuant to 28 U.S.C. § 2675(a).

4.    Venue is proper within this district under 28 U.S.C. § 1402(b) as the events giving rise to Plaintiff's cause of action occurred in Broward County, Florida, in the Southern District of Florida.

5.    The Plaintiff, **VICENTE MENDEZ HUETE**, was at all times material hereto, a resident and citizen of Broward County, Florida and is *sui juris*.

6.    At all times material hereto, the Defendant, **UNITED STATES OF AMERICA**, owned, exercised controlled over, managed, and/or maintained a 2015 Dodge motor vehicle, vehicle identification number ("VIN"): 2C3CDXAT5FH778466.

7.    Liability of the Defendant, **UNITED STATES OF AMERICA**, is predicated specifically on 28 U.S.C. §§ 1346(b)(1) and 2674 because the personal injuries, and resulting damages set forth below that form the basis of this Complaint, were proximately caused by the negligence, wrongful acts, and/or omissions of employees of Defendant, **UNITED STATES OF AMERICA**, through its agency, namely the Department of the Interior.  These employees were acting within the course and scope of their office or employment, under circumstances where the **UNITED STATES OF AMERICA**, if a private person, would be liable under the laws of the State of Florida.

8.    At all times material hereto, upon information and belief, agent/employee, **JUAN**

**ANTONIO BENITEZ**, was and still is a resident of Broward County, Florida, who had permission from Defendant, **UNITED STATES OF AMERICA**, to operate the 2015 Dodge motor vehicle within the course of scope and employment as a police officer.

9. That on or about August 15, 2023, at approximately 7:00 P.M., agent/employee of Defendant, **UNITED STATES OF AMERICA**, **JUAN ANTONIO BENITEZ**, was driving the aforementioned police vehicle along the public roadway.

10. That on or about August 15, 2023 at approximately 7:00 P.M., while operating said 2015 Dodge motor vehicle southbound on SR 7 in BROWARD County, Florida, with the express knowledge and consent of Defendant, **UNITED STATES OF AMERICA**, agent/employee of Defendant, **JUAN ANTONIO BENITEZ**, did so carelessly operate the aforesaid vehicle so as to cause a collision with Plaintiff, **VICENTE MENDEZ HUETE**, while riding his bicycle.

11. That as a result of the collision, the Plaintiff, **VICENTE MENDEZ HUETE**, sustained serious bodily injuries.

**COUNT I – NEGLIGENCE AGAINST UNITED STATES OF AMERICA**

The Plaintiff, **VICENTE MENDEZ HUETE**, re-affirms and re-alleges each of the allegations contained in paragraphs 1 through 7, as if they were fully and completely set forth herein, and further would allege as follows:

12. That as the owner of the aforesaid 2015 Dodge motor vehicle, Defendant, **UNITED STATES OF AMERICA**, is liable to the Plaintiff for the negligent operation of said vehicle by agent/employee of Defendant, **JUAN ANTONIO BENITEZ**, as referenced in paragraphs #5–7.

13. That as a direct and proximate result of said Defendant's negligence, as pled herein, the Plaintiff, **VICENTE MENDEZ HUETE**, was injured in and around his body and extremities and/or aggravated a pre-existing condition; suffered pain therefrom; suffered physical handicap; suffered disfigurement; suffered mental pain and suffering; suffered loss of income in the past and

will do so in the future; suffered loss for the capacity for the enjoyment of life; and/or incurred medical expenses for the care and treatment of her injuries. Said injuries are permanent and are continuing in nature, and the Plaintiff will continue to suffer these losses and impairments in the future.

**WHEREFORE**, the Plaintiff, **VICENTE MENDEZ HUETE**, prays for entry of a judgment against the Defendant, **UNITED STATES OF AMERICA**, in an amount in excess of Fifty Thousand ($50,000.00) dollars, plus costs, and the Plaintiff further demands trial by jury of all issues in this cause so triable as a matter of right.

**FENSTERSHEIB LAW GROUP, P.A.**
520 West Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone: (954) 456-2488
Facsimile: (954) 867-1844

**/s/ Kristoffer S. Ramsay**
Kristoffer S. Ramsay, Esquire
Florida Bar No: 1002563
**Email Addresses for service Pursuant to Fla. R. Jud. Admin 2.516**
Primary: kramsay@fenstersheib.com
Secondary: kr-pleadings@fenstersheib.com